UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHAUN EVANS,

                Plaintiff,

-against-

DEPARTMENT OF CORRECTION;
CORRECTION OFFICER DOMMICK,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 0541 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 4 2006 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on May 3, 2006, dismissing plaintiff's complaint for failure to submit the authorization form as required under the PLRA; and certifying pursuant to 28 U.S.C. § 1915(a)(3) that *in forma pauperis* appeal from this order would not be taken in good faith; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's complaint is dismissed for failure to submit the authorization form as required under the PLRA; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal *in forma pauperis* from this order would not be taken in good faith.

Dated: Brooklyn, New York
       May 03, 2006

                                                s/Robert C. Heinemann
                                                ROBERT C. HEINEMANN
                                                Clerk of Court